

FILED

SEP 19 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 19-279 |
| v. ) | |
| ) | (18 U.S.C. §§ 1347 and 2, 21 U.S.C. §§ |
| EMILIO RAMON NAVARRO ) | 841(a)(1) and 841(b)(1)(C)) |

[UNDER SEAL]

## INDICTMENT

The grand jury charges:

### INTRODUCTION

1. At all times material to this Indictment, the defendant, EMILIO RAMON NAVARRO, was a physician licensed in the Commonwealth of Pennsylvania and registered by the Drug Enforcement Administration to prescribe controlled substances.

2. At all times material to this Indictment, the defendant, EMILIO RAMON NAVARRO, operated a private family practice in Perryopolis, Pennsylvania.

3. At all times material to this Indictment, an individual known to the grand jury as "A.W." was issued prescriptions by the defendant, EMILIO RAMON NAVARRO, for controlled substances in return for sexual favors either physically or by electronic communication, such as text messaging.

## COUNTS ONE THROUGH TWENTY-EIGHT

The grand jury charges:

The allegations set forth in paragraphs one through three of this Indictment are incorporated herein as if set forth in full.

On or about the dates set forth below, in the Western District of Pennsylvania, defendant EMILIO RAMON NAVARRO did knowingly, intentionally and unlawfully dispense and distribute, and cause to be dispensed and distributed, quantities of oxycodone and oxymorphone, Schedule II controlled substances, to an individual known to the grand jury as "A.W." outside the usual course of professional practice and not for a legitimate medical purpose, each such instance being a separate count of this Indictment.

| Count | Date Filled | Drug |
|---|---|---|
| 1 | 04/2/2018 | Oxymorphone |
| 2 | 04/2/2018 | Oxycodone |
| 3 | 04/30/2018 | Oxycodone |
| 4 | 04/30/2018 | Oxymorphone |
| 5 | 05/29/2018 | Oxycodone |
| 6 | 05/29/2018 | Oxymorphone |
| 7 | 06/25/2018 | Oxycodone |
| 8 | 06/25/2018 | Oxymorphone |
| 9 | 07/24/2018 | Oxycodone |
| 10 | 07/24/2018 | Oxymorphone |
| 11 | 08/20/2018 | Oxycodone |
| 12 | 08/20/2018 | Oxymorphone |

| | | |
|---|---|---|
| 13 | 09/17/2018 | Oxycodone |
| 14 | 09/17/2018 | Oxymorphone |
| 15 | 10/15/2018 | Oxycodone |
| 16 | 10/15/2018 | Oxymorphone |
| 17 | 11/13/2018 | Oxycodone |
| 18 | 11/20/2018 | Oxymorphone |
| 19 | 12/11/2018 | Oxycodone |
| 20 | 12/11/2018 | Oxymorphone |
| 21 | 01/09/2019 | Oxycodone |
| 22 | 01/09/2019 | Oxymorphone |
| 23 | 02/04/2019 | Oxycodone |
| 24 | 02/04/2019 | Oxymorphone |
| 25 | 03/05/2019 | Oxycodone |
| 26 | 03/05/2019 | Oxymorphone |
| 27 | 04/05/2019 | Oxycodone |
| 28 | 04/05/2019 | Oxymorphone |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-NINE

The grand jury further charges:

The allegations set forth in paragraphs one through three and Counts One through Twenty-Eight of this Indictment are incorporated herein as if set forth in full.

1. At all times material to this Indictment:

   a. The Centers for Medicare & Medicaid Services, also known as CMS, was a federal agency with the United States Department of Health and Human Services, which administered the Medicaid Program.

   b. Medicaid was a joint federal-state program established to provide health care benefits for certain groups, including the poor and disabled, as defined in Title 18, United States Code, Section 24(b). CMS administered the Medicaid program at the federal level, and the Pennsylvania Department of Public Welfare (PDPW), also known as the Pennsylvania Department of Human Services, processed Medicaid claims for beneficiaries in Pennsylvania. This includes claims for various services such as prescription drugs. Medicaid only paid claims for prescription drugs if the prescriptions were issued in the usual course of professional practice and for a legitimate medical purpose.

2. Beginning in and around April 2018, and continuing through in and around April 2019, in the Western District of Pennsylvania, the defendant, EMILIO RAMON NAVARRO, did participate in a scheme to defraud a health care benefit program, as defined by Title 18, United States Code, Section 24(b), namely Medicaid (billed through Cigna, Health Choices and UPMC health plans), and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money under the custody and control of the program in

connection with the delivery of and payment for health care benefits and services, which scheme is further described below.

3. It was part of the scheme that the defendant, EMILIO RAMON NAVARRO, prepared and signed prescriptions for Schedule II controlled substances outside the usual course of professional practice and not for a legitimate medical purpose knowing that many of these prescriptions would result in claims to Medicaid by patients who were Medicaid beneficiaries.

4. As a result of the scheme, the defendant, EMILIO RAMON NAVARRO, caused losses to the Medicaid program.

5. From in and around April 2018, and continuing through in and around April 2019, in the Western District of Pennsylvania, the defendant, EMILIO RAMON NAVARRO, did knowingly and willfully execute the scheme by submitting and causing to be submitted to Medicaid, false claims, specifically, claims for payment for prescriptions for controlled substances, when in truth and in fact as he well knew, the prescriptions were issued outside the course of professional practice and not for a legitimate medical purpose and therefore not compensable by Medicaid.

All in violation of Title 18, United States Code, Sections 1347 and 2.

A True Bill,

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

5